```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

FRANK E. PRINE                              CIVIL ACTION

VERSUS                                      NO: 07-4147

MICHAEL J. ASTRUE,                          SECTION: R(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION
```

**ORDER**

Before the Court is *pro se* plaintiff Frank E. Prine's complaint seeking judicial review of an adverse decision of the Social Security Commision denying him benefits. The Court referred this matter to the Magistrate Judge for the preparation of a Report and Recommendation under 28 U.S.C. 636(b)(1)(B), (C). The magistrate judge recommends dismissing plaintiff's case without prejudice because he has failed to effect service of process on the defendant in accordance with Federal Rule of Civil Procedure 4. The magistrate judge notified plaintiff multiple times of the requirement that he effect valid service on defendant. Plaintiff has not responded to the magistrate judge's

recommendation. The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 17th day of March 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE